# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-cr-30034-MGM |
| ) | FILED UNDER SEAL |
| BRIAN WARNER, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C.§ 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all the apply):

    __X__ Crime of violence (18 U.S.C.§ 3156)

    ____ Maximum sentence life imprisonment or death

    ____ 10 plus years drug offense

    ____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    ____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under U.S.C.§ 3142(e). (If yes) The presumption applies

1

because (check one or both):

____ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C.§ 924(c)

____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    _X_ At first appearance

    ____ After continuance of __ days (not more than 3)

5. The United States intends to rely upon the following:

1) Criminal History;
3) Statutory Minimum Mandatory;
4) Estimated Sentencing Guideline Range; and
5) Probation Report.

6. <u>Other Matters</u>.

_____

_____

_____

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Michael Mazur*
      MICHAEL MAZUR
      Assistant U.S. Attorney

Dated: May 28, 2024